

FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0063

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0063

JOE LEE,

    Plaintiff and Appellant,

v.

DEAN SKINNER,

    Defendant and Appellee.

CHRIS SKINNER,

    Defendant.

FILED

APR 11 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Joe Lee's has filed a motion for extension of time to file his opening brief.

IT IS HEREBY ORDERED that Appellant has until May 11, 2023, to file his opening brief.

No further extensions will be granted unless Appellant notifies the Court that Appellee's counsel has been contacted concerning the motion and whether there is an objection to the motion.

The Clerk is directed to obtain any late filings that were not provided with the District Court record.

DATED this 11 day of April, 2023.

For the Court,

Chief Justice